# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ANTONIO VILLALOBOS,  No. 2:18-CV-1613-CMK-P

    Petitioner,

  vs.  ORDER

J. SALAZAR,

    Respondent.

_____/

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

According to petitioner, he was convicted in the United States District Court for the Central District of Illinois following entry of a guilty plea. Petitioner filed an appeal in the United States Court of Appeals for the Seventh Circuit, but later voluntarily dismissed the appeal. Petitioner then filed a motion pursuant to 28 U.S.C. § 2255 in the district court, which denied the motion. The district court's denial of petitioner's § 2255 motion was affirmed by the Seventh Circuit. Petitioner now brings the instant petition in this court claiming actual innocence.

/ / /

1

| | |
|---|---|
| 1 | The court finds that this matter would more properly be heard in the district of |
| 2 | conviction and, in the exercise of discretion, will transfer the matter to the United States District |
| 3 | Court for the Central District of Illinois. <u>See, e.g.</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. |
| 4 | 484 (1973). |
| 5 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the |
| 6 | United States District Court for the Central District of Illinois. |

DATED: August 2, 2018

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE